U.S. District Court
Wisconsin Eastern

MAY 26 2026

FILED
Clerk of Court

# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

**Justin Christopher Kaucic**

v.

(Full name of defendant(s))

**Usiel Ramos #85**

**Brian Hauerwas #98**

**Ofc. Talley**

**Villiage of Mount Pleasant**

Case Number:

**26 -C- 941**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _____**Wisconsin**_____ and resides at
(State)

**1222 Lawndale Ave Mt. Pleasant, WI. 53403**
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Usiel Ramos, et al.**
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____ **Wisconsin** _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _ Mount Pleasant Police Department 8811 Campus Dr. Mt. Pleasant, WI 53406 _

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On December 22, 2023, officers arrived at Plaintiff's residence in connection with a

Wisconsin Chapter 51 emergency detention. Plaintiff was standing inside the doorway

area of his residence when officers initiated physical contact with him. Officers pulled

Plaintiff from the doorway area onto the exterior porch. Plaintiff did not initiate physical

contact until after officers physically engaged and attempted to restrain him. During the

encounter, Plaintiff grabbed an officer's vest and pushed the officer backward into a

porch railing. During the encounter, Defendant Officer Hauerwas deployed a Taser

against Plaintiff. Plaintiff was subjected to approximately four (4) Taser deployments

over a period of approximately fifty-nine (59) seconds. During approximately the final

twenty (20) seconds of the Taser deployments, officers attempted to pull Plaintiff's arms

Complaint – 2

behind his back for handcuffing while Plaintiff physically resisted those efforts. Plaintiff was eventually brought under control and placed in handcuffs. Following the Taser deployments, Plaintiff suffered kidney injury/failure requiring medical treatment. After Plaintiff was handcuffed, officers stood Plaintiff upright while maintaining physical control over him. Two officers physically restrained and held Plaintiff during this period. Body-worn camera footage shows an approximately 8.5-minute period during which Plaintiff remained handcuffed and physically restrained. During this period, Plaintiff did not physically resist officers, did not attempt to flee, did not strike officers, and did not physically escalate the encounter. Plaintiff made verbal statements during this time, but remained physically restrained and under officer control. Officers discussed placing Plaintiff into a body-wrap restraint and repeatedly instructed Plaintiff to lie down on his stomach. Plaintiff verbally refused those commands but did not physically resist officers or attempt to break away from their control. At all relevant times during this interaction, Plaintiff remained handcuffed and physically restrained by officers. Defendants Officer Hauerwas and Officer Talley physically maintained control of Plaintiff while Plaintiff remained standing in handcuffs. Defendant Officer Ramos approached Plaintiff from behind while Plaintiff was handcuffed and physically restrained by officers. While Plaintiff was restrained and under officer control, Defendant Officer Ramos kicked Plaintiff in the back of the leg/knee area. Plaintiff immediately fell to the ground following kick. Plaintiff immediately stated words to the effect that his ACL had been torn. Plaintiff subsequently suffered severe knee injuries, including ACL and MCL damage, requiring medical treatment and rehabilitation. The actions of Defendants described herein were

objectively unreasonable under the circumstances and violated Plaintiff's rights under the Fourth Amendment and 42 U.S.C § 1983.

## C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Enter judgement in Plaintiff's favor
_____

Award compensatory damages
_____

Award punitive damages against the individual defendants
_____

Award costs and allowable fees
_____

Require defendants to train on how to properly handle matters involving Ch. 51 events
_____

Grant such additional relief as the Court deems just and proper
_____

_____

_____

_____

_____

_____

E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____19____ day of _____May_____ 20____.

Respectfully Submitted,

*Justin Kaucic*

Signature of Plaintiff

262-945-6074

Plaintiff's Telephone Number

justinkaucic@yahoo.com

Plaintiff's Email Address

1222 Lawndale Avenue

Mt. Pleasant, WI. 53403

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

**Additional Defendants:**

John Doe Officer #1 – Law enforcement officer employed by the Mount Pleasant Police Department, identity currently unknown, who participated in and/or failed to intervene in the events of December 22, 2023.

John Doe Officer #2 – Law enforcement officer employed by the Mount Pleasant Police Department, identity currently unknown, who participated in and/or failed to intervene in the events of December 22, 2023.